UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STARLA HAMILTON et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CV415-012 |
| NATHANIEL LANIER, JR. et al., | ) |
| Defendants. | ) |

# ORDER

The Court having reviewed and considered the petitions Christopher Brancart and Liza Cristol-Deman of the law firm of Brancart & Brancart, 8205 Pescadero Road, Loma Mar, California 94021, for permission to appear pro hac vice on behalf of plaintiffs Starla Hamilton et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Christopher Brancart and Liza Cristol-Deman as counsel of record for plaintiffs Starla Hamilton et al., in this case.

**SO ORDERED** this __19th__ day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA