UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUN 24 2015

CLERK_____
SO. DIST. OF GA

STARLA HAMILTON, and )
SAVANNAH-CHATHAM COUNTY )
FAIR HOUSING COUNCIL, INC., )
)
    Plaintiff, )
)
v. ) Case No. CV415-012
)
NATHANIEL "JACK" LANIER, )
JR. and KAREN LANIER, )
)
    Defendants. )

## ORDER

Based on the stipulation of the parties, and good cause appearing therefor, the Court **ORDERS** that Nathaniel J. Lanier, III and Karen Lanier are substituted as defendants in this action in place of Nathaniel "Jack" Lanier, Jr., pursuant to Federal Rule of Civil Procedure 25(b). Nathaniel J. Lanier, III and Karen Lanier have acknowledged notice of this case and accepted this Court's jurisdiction. No further amendment to the complaint or answers to the complaint are required at this time.

**SO ORDERED**, this 23rd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA