# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| STARLA HAMILTON et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. CV415-012 |
| NATHANIEL "JACK" LANIER and KAREN LANIER | ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court having reviewed and considered the petition of Thomas Kayes of the law firm of Brancart & Brancart, 77 West Washington Street, Suite 1313, Chicago, Illinois 60602, for permission to appear pro hac vice on behalf of plaintiffs Starla Hamilton et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Thomas Kayes as counsel of record for plaintiffs Starla Hamilton et al., in this case.

**SO ORDERED** this __19th__ day of February, 2016.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA