
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| STARLA HAMILTON and ) <br> SAVANNAH-CHATHAM COUNTY ) <br> FAIR HOUSING COUNCIL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATHANIEL J. LANIER, III, ) <br> and KAREN LANIER as Conservators ) <br> and Guardians of NATHANIAL ) <br> "JACK" LANIER, JR. and KAREN ) <br> LANIER, Individually, ) <br> ) <br> Defendants. ) | Case No. CV415-012 |

## ORDER

Two months after plaintiffs filed their Fair Housing Act Complaint in this case against Karen Lanier and Nathaniel Lanier, Jr. (doc. 1), the Bryan County, Georgia Probate Court appointed Nathanial Lanier III and Karen Lanier as guardians and conservators over Lanier, Jr. because of competency concerns. Doc. 15 at 1. As his guardians and conservators, Lanier III and Karen Lanier successfully moved this Court to substitute them as defendants "in place of Nathaniel Lanier, Jr." Doc. 18. The Court thus amended the above caption by removing Lanier, Jr.

as a party, adding Lanier III, and retaining Karen Lanier. *See, e.g.*, doc. 24.

Now, without having further moved the Court, the parties have re-styled the caption to show as defendants Lanier III and Karen Lanier as guardians and conservators of Lanier, Jr., and also Karen Lanier individually.[1] *See, e.g.*, doc. 32. That's not what defendants sought in their motion to amend. Nevertheless, rather than require another *pro forma* motion, the Court **DIRECTS** the Clerk to conform the docket caption to match that used in caption above. All future filings shall conform.

**SO ORDERED**, this  16th  day of March, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Complaint named her and Lanier, Jr. as defendants in their individual capacities; the subsequent substitution motion did not remove her as a party in that capacity.