IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STARLA HAMILTON and SAVANNAH-CHATHAM COUNTY FAIR HOUSING COUNCIL, INC., )
)
)
)
Plaintiffs, )
)
v. ) CASE NO. CV415-012
)
KAREN LANIER, individually; NATHANIEL J. LANIER, III and KAREN LANIER, as Conservators and Guardians of Nathanial "Jack" Lanier, Jr.; and KAREN LANIER, as Executor of the Estate of Nathanial "Jack" Lanier, Jr., )
)
)
)
)
)
)
)
)
Defendants. )

## ORDER

The Court has scheduled a pretrial conference in this case for **March 9, 2020 at 3:00 PM** in Savannah, Georgia. The parties are **ORDERED** to update their Consolidated Pretrial Order dated April 28, 2017 (Doc. 42) on or before **February 24, 2020**. In the updated pretrial order, the parties are **DIRECTED** to clarify which defendants remain in this matter. **THE PARTIES MAY NOT REQUEST A CONTINUANCE.**

SO ORDERED this 3rd day of February 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA