IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STARLA HAMILTON and SAVANNAH-CHATHAM COUNTY FAIR HOUSING COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KAREN LANIER, Individually and as Executor of the Estate of Nathanial "Jack" Lanier, Jr., <br><br> Defendants. | CASE NO. CV415-012 |

## O R D E R

On April 20, 2020, this case was scheduled for trial to commence at 9:00 a.m. on July 27, 2020.

Upon considering the current status of the pandemic and in order to protect public health, including the health of court employees, parties, witnesses, jurors, and court participants, the Court finds that the ends of justice require the trial of this case be continued until a later date to be determined by the Court after first consulting with counsel for Plaintiffs and counsel for Defendants. See STANDING ORDER MC120-15.

SO ORDERED this 29th day of June 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA