**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

STARLA HAMILTON and SAVANNAH- )
CHATHAM COUNTY FAIR HOUSING )
COUNCIL, INC., )
)
    Plaintiffs, )
)
v. )        CASE NO. CV415-012
)
KAREN LANIER, INDIVIDUALLY; )
NATHANIEL J. LANIER, III; and )
KAREN F. LANIER, AS EXECUTOR OF )
THE ESTATE OF NATHANIEL J. )
LANIER, JR., FOR DEFENDANT )
NATHANIEL JACK LANIER, JR.; )
)
    Defendants. )
)

## ORDER

This case is scheduled for jury selection and trial to begin on December 12, 2022, at 9:30 a.m. The parties are **DIRECTED** to respond by 4:30 p.m. December 8, 2022, to the Court's following inquiries and instructions.

### 1. Case Caption

On February 3, 2020, the Court ordered the parties to clarify which defendants remained the case before the pretrial conference. (Doc. 54.) During the pretrial conference on March 18, 2020, the Court raised this issue with the parties. The parties agreed that the remaining Defendants in the case are Defendant Karen Lanier individually and as executor of Nathaniel "Jack" Lanier, Jr.'s estate. (Doc. 63 at 3.) The parties represented that they

"corrected it in the amended pretrial" but had not "corrected it by court order[.]" (Id. at 4-5.) The parties then agreed to submit to the Court a proposed order to correct the style of the case. (Id. at 5.) On March 13, 2020, the parties submitted an updated case caption with the Defendants listed as "Karen Lanier, individually and as executor of the estate of Nathaniel "Jack" Lanier, Jr." (Doc. 61.) The parties did not, however, file a motion dismissing or addressing Nathaniel J. Lanier, III, and he remains listed as a party on the Court's docket. Accordingly, the parties are jointly **DIRECTED** to file a motion dismissing or dropping Nathaniel J. Lanier, III, as a party to this case.

2. **Plaintiff Savannah-Chatham County Fair Housing Council, Inc.**

On December 6, 2022, Plaintiffs filed a series of untimely submissions, including "Plaintiff's Revised Proposed Instructions to the Jury (Annotated)" (Doc. 98, Attach. 1) and "Plaintiff's Revised Proposed Verdict Form" (Doc. 99, Attach. 1). Although untimely, the Court notes that Plaintiff Savannah-Chatham County Fair Housing Council, Inc., is not addressed in these documents. As a result, the Court questions whether Plaintiff Savannah Chatham-County Fair Housing Council, Inc., intends to proceed as a plaintiff in this case. Accordingly, Plaintiffs are **DIRECTED** to respond to this order and inform the Court whether Plaintiff

2

Savannah-Chatham County Fair Housing Council, Inc., intends to remain as a party in this case.

### 3. Retaliation Claim Against Defendant Karen Lanier

On September 12, 2016, the Court granted in part and denied in part Defendant Karen Lanier's motion for summary judgment. (Doc. 38.) Specifically, the Court ruled:

> [T]he complaint itself-read even in the most forgiving light-does not allege a retaliation claim based on a dispossessory action. . . . Because the complaint did not raise a claim of retaliation under the FHA, the Court cannot conclude that Defendant [Karen] Lanier is individually liable for unlawful retaliation. Accordingly, Defendant Lanier's motion with respect to any claim based on unlawful retaliation is **GRANTED**.

(Id. at 7-9.) Accordingly, the Court reminds Plaintiffs that the Court has already clearly addressed the unlawful retaliation claim against Defendant Karen Lanier based on a dispossessory action and ruled against Plaintiffs. The parties **will not be** allowed to introduce evidence and argue a retaliation claim against Defendant Karen Lanier.

SO ORDERED this ____5th____ day of December 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

3