IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STARLA HAMILTON and SAVANNAH-CHATHAM COUNTY FAIR HOUSING COUNCIL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KAREN LANIER, Individually; NATHANIEL J. LANIER, III; and KAREN F. LANIER, As Executor of the Estate of Nathaniel J. Lanier, Jr., for Defendant Nathaniel Jack Lanier, Jr.;<br><br>Defendants. | CASE NO. CV415-012 |

## ORDER

Before the Court are the parties' Consent Motion to Drop a Party Defendant (Doc. 104) and Stipulation of Dismissal with Prejudice of All Claims by Savannah-Chatham County Fair Housing Council, Inc. (Doc. 105). In the parties' consent motion to drop a party defendant, the parties ask the Court to drop Defendant Nathaniel J. Lanier, III, pursuant to Federal Rule of Civil Procedure 25. (Doc. 104.) Along with Karen Lanier, Nathaniel J. Lanier, III, had been substituted as a defendant in place of Nathaniel "Jack" Lanier, Jr., as his guardian and custodian (Doc. 18), but Defendant Nathaniel J. Lanier, III, was not removed from the action when Karen F. Lanier, in her capacity as Executor of the Estate of Nathaniel J. Lanier, Jr., was substituted as a party

(Docs. 44, 48). Accordingly, the parties' motion (Doc. 104) is **GRANTED**, and Defendant Nathaniel J. Lanier, III, as conservator and guardian of Nathaniel J. Lanier, Jr., is dropped as a defendant in this case.

The parties also stipulate to the dismissal of Plaintiff Savannah-Chatham County Fair Housing Council, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 105.) Due to the questionable applicability of this provision, the Court construes the stipulation as a motion to drop a party pursuant to Federal Rule of Civil Procedure 21 out of an abundance of caution. See Jackson v. Equifax Info. Servs., LLC, No. CV 119-096, 2020 WL 476698, at *1 (S.D. Ga. Jan. 29, 2020) (exploring the distinction between dismissing less than all parties and less than all claims). "On motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. The Eleventh Circuit has held that "[d]ropping or adding a party to a lawsuit pursuant to Rule 21 is left to the sound discretion of the trial court." Lampliter Dinner Theater, Inc. v. Liberty Mut. Ins. Co., 792 F.2d 1036, 1045 (11th Cir. 1986). Here, all parties who have appeared in this case have consented to the motion. (Doc. 105 at 1-2.) Accordingly, the parties' motion (Doc. 105) is **GRANTED**, and Plaintiff Savannah-Chatham County Fair Housing Council, Inc., is dropped as a plaintiff in this action.

The Clerk of Court is **DIRECTED** amend the case caption to remove Plaintiff Savannah-Chatham County Fair Housing Council, Inc., and Defendant Nathaniel J. Lanier, III as parties in this case.

SO ORDERED this 9th day of December 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA