IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
STARLA HAMILTON,                        )
                                        )
     Plaintiff,                         )
                                        )
v.                                      )   CASE NO. CV415-012
                                        )
KAREN LANIER, Individually, and         )
KAREN F. LANIER, as Executor of         )
the Estate of Nathaniel J.              )
Lanier, Jr., for Defendant              )
Nathaniel Jack Lanier, Jr.,             )
                                        )
     Defendants.                        )
                                        )
```

## ORDER

On May 8, 2020, the Court issued orders on the parties' motions in limine. (Docs. 81, 82.) In those orders, the Court deferred ruling on several issues, some of which the Court will now address.

### 1. Evidence of the Criminal Convictions of Courtney "Robert" Carter

Plaintiff Starla Hamilton requested that the Court exclude evidence of, or reference to, the criminal convictions of Plaintiff Starla Hamilton's former fiancée and co-tenant, Courtney "Robert" Carter. (Doc. 66 at 10.) Unless Mr. Carter testifies, the Court will not permit evidence of his criminal convictions.

### 2. Excluding Dr. Daniel Grant's Testimony Pursuant to Federal Rule of Civil Procedure 37(c)

In a conclusory fashion, Plaintiff argued Dr. Daniel Grant's testimony should be excluded because Defendants did not disclose him as a witness until after the close of discovery. (Doc. 67 at 1.) Dr. Grant's testimony will not be excluded on this ground.

### 3. "Me Too" Evidence

The Court determined Plaintiff will be allowed to introduce "me too" evidence but cautioned Plaintiff to select only her best examples. (Doc. 82 at 4.) Plaintiff is **DIRECTED** to file a response to this Order identifying which witnesses she intends to call on this topic by 7:00 p.m. on December 9, 2022, and the Court reminds Plaintiff to identify only her best examples.

SO ORDERED this 9th day of December 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA