IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STARLA HAMILTON, ET AL,        )
                               )
            Plaintiff's,       )
                               )
v.                             )         Case No. CV415-012
                               )
NATHANIEL LANIER, JR., ET AL,  )
                               )
            Defendants.        )

### O R D E R

The jury selected for the trial of this case set forth above was provided its regular meals from a place appropriate for the feeding of juries.  The Clerk of the Southern District of Georgia is hereby ordered, pursuant to the provisions of 28 U.S.C. § 1871, to disburse to the establishment which provided the meal the sum so billed.

SO ORDERED this __14th__ day of December 2022.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA