UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH GEORGIA

STARLA HAMILTON, ET AL,   )
                          )
    Plaintiffs,           )
                          )
v.                        )   CASE NO. CV415-012
                          )
NATHANIEL LANIER, JR., ET AL,  )
                          )
    Defendants.           )

## ORDER

A jury trial in the above captioned case having been conducted the week of December 12, 2022 and there being certain items entered into evidence during the course of said trial,

**IT IS HEREBY ORDERED** that upon return of a jury verdict the foregoing evidence be returned to the parties for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED** this 15th day of December 2022.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA