AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

STARLA HAMILTON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-012

KAREN F. LANIER, as Executor of the Estate of Nathaniel
J. Lanier, Jr., for Defendant Nathaniel Jack Lanier, Jr.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been
rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in accordance with the Jury Verdict entered on December 14, 2022. This case
stands closed.

Approved by: _____

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

*DEC. 20, 2022*
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020