IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STARLA HAMILTON, | ) |
|     Plaintiff-Appellant, | ) |
| SAVANNAH-CHATHAM COUNTY FAIR HOUSING COUNCIL, INC., | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. CV415-012 |
| NATHANIEL LANIER, JR., ET AL., | ) |
|     Defendants, | ) |
| KAREN F. LANIER, | ) |
|     Defendant-Appellee. | ) |

## ORDER

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 9th day of May 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA